

**FILED**
CLERK, U.S. DISTRICT COURT

9/14/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JIMMIE DEAN GARRETT,

                    Petitioner,

          v.

JACK FOX,

                    Respondent.

)
)
)
)
)
)
)
)
)
)
)
)

No. CV 15-04742-MWF (DFM)

Order Accepting Findings and
Recommendation of United States
Magistrate Judge

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.  The Court views Barapind v. Reno, 225 F.3d 1100 (9th Cir. 2000) as technically *dicta*, but the conclusion in the Report and Recommendation is correct.

///

///

///

1    IT IS THEREFORE ORDERED that Judgment be entered dismissing
2  this action with prejudice.
3
4  Dated: September 14, 2015
5
6                                              MICHAEL W. FITZGERALD
7                                              United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2