JS-6

FILED
CLERK, U.S. DISTRICT COURT
9/14/2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JIMMIE DEAN GARRETT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JACK FOX,<br><br>　　　　Respondent. | No. CV 15-04742-MWF (DFM)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that this action is dismissed with prejudice.

Dated: September 14, 2015

　　　　　　　　　　　　　　　　　　　　_/s/ Michael W. Fitzgerald_
　　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　　United States District Judge